JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone:  702-388-6336
Email:  Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Clarita Lehman,<br><br>             Plaintiff,<br><br>      v.<br><br>Director & Chief Executive Officer of the Defense Commerce Agency c/o William F. Moore, et al.,<br><br>             Defendants. | Case No. 2:22-cv-00939-RFB-BNW<br><br>**Stipulation and Order to<br>Reschedule Early Neutral Evaluation**<br>**(Second Request)** |

     Pursuant to LR 7-1 and the terms of the Court's Order Granting Defendants' Motion to Reschedule Early Neutral Evaluation ("ENE"), ECF No. 20, Federal Defendant requests, and Plaintiff consents to, a rescheduling of the ENE to one of the following dates: January 8, 2024, January 9, 2024, January 15, 2024, January 16, 2024, and January 22, 2024. This is the second request to reschedule the ENE. The request is based on the reasons and circumstances set forth below.

     On September 5, 2023, this Court granted in part and denied in part Defendants' Motion to Dismiss (ECF No. 25). Per the Court's Order (ECF No. 20) in the event the Court denies Defendants' motion in whole or in part, thirty days after the Court issues its ruling, the parties must file a stipulation to set the early neutral evaluation that provides five dates on which all required participants are available. In compliance with the Court's

Order the parties are proposing the dates included in the pervious paragraph to reschedule the ENE.

This request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 5th day of October 2023.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| */s/ Clarita Lehman*<br>CLARITA LEHMAN, *Pro Se*<br>1821 Arrow Stone Court<br>North Las Vegas, Nevada 89031<br>claritamohlenrich@yahoo.com | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for the United States of America* |

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 30) is **GRANTED**. The Early Neutral Evaluation is scheduled for **January 15, 2024 at 10:00 AM in LV Courtroom 3A**.  An order scheduling and governing the ENE will follow.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2023