JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Clarita Lehman,<br><br>             Plaintiff,<br><br>      v.<br><br>Director & Chief Executive Officer of the Defense Commissary Agency c/o William F. Moore, et al.,<br><br>             Defendants. | Case No. 2:22-CV-00939-RFB-BNW<br><br>**Stipulation to Extend the Deadline for Dispositive Motions**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, pro se Plaintiff and undersigned counsel for the Federal Defendants hereby stipulate and agree as follows:

Discovery concluded on August 8, 2024. ECF No. 68.

The current deadline to file dispositive motions is September 9, 2024. *Id*.

On August 21, 2024, pro se Plaintiff and counsel for Federal Defendants agreed to a 30-day extension of the deadline to file dispositive motions. The extension is necessary because counsel for Federal Defendant will be taking personal leave, and then immediately after counsel returns from her leave, counsel's supervisor who will need to approve the dispositive motion will be on leave until September 9, 2024 – the current deadline for the dispositive motions. Accordingly, the undersigned submit this stipulation for an extension of the deadline for dispositive motions from September 9, 2024, to **October 9, 2024**.

This is the first request to extend the dispositive motion deadline. This request for an extension is made in good faith and not for the purpose of undue delay.

Respectfully submitted on August 22, 2024.

| | |
|---|---|
| /s/ Clarita Lehman | JASON M. FRIERSON |
| CLARITA LEHMAN | United States Attorney |
| 1821 Arrow Stone Ct. | |
| North Las Vegas, NV 89031 | /s/ Virginia T. Tomova |
| claritamohlhenrich@yahoo.com | VIRGINIA T. TOMOVA |
| *Pro Se Plaintiff* | Assistant United States Attorney |
| | *Attorneys for the United States* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22 day of August 2024.

2