JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Clarita Lehman,<br><br>          Plaintiff,<br><br>     v.<br><br>Director & Chief Executive Officer of the Defense Commissary Agency c/o William F. Moore, et al.,<br><br>          Defendants. | Case No. 2:22-CV-00939-RFB-BNW<br><br>**Stipulation to Extend the Deadline for Dispositive Motions**<br><br>**(Second Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, pro se Plaintiff and undersigned counsel for the Federal Defendants hereby stipulate and agree as follows:

Discovery concluded on August 8, 2024. ECF No. 68.

The current deadline to file dispositive motions is October 9, 2024. ECF No. 73.

On September 17, 2024, pro se Plaintiff and counsel for Federal Defendants agreed to a 14-day extension of the deadline to file dispositive motions. The extension is necessary because undersigned counsel for Federal Defendant has a heavy motion load, including a response to a countermotion for summary judgment, a motion for summary judgment, a motion regarding ghost writing, an expert deposition, preparation of settlement evaluation memorandum, and participation in settlement negotiation over the next two weeks. Accordingly, the undersigned submit this stipulation for an extension of the deadline for dispositive motions from October 9, 2024, to **October 23, 2024**.

This is the second request to extend the dispositive motion deadline. This request for an extension is made in good faith and not for the purpose of undue delay.

Respectfully submitted on September 18, 2024.

/s/  Clarita Lehman
CLARITA LEHMAN
1821 Arrow Stone Ct.
North Las Vegas, NV 89031
claritamohlhenrich@yahoo.com
*Pro Se Plaintiff*

JASON M. FRIERSON United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 18 day of September