1    JASON M. FRIERSON
     United States Attorney
2    District of Nevada
     Nevada Bar No. 7709
3
     VIRGINIA T. TOMOVA
4    Nevada Bar No. 12504
     Assistant United States Attorney
5    501 Las Vegas Blvd. So., Suite 1100
     Las Vegas, Nevada 89101
6    (702) 388-6336
     Virginia.Tomova@usdoj.gov
7    *Attorneys for the United States*

8              **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
9

10   Clarita Lehman,                          Case No. 2:22-CV-00939-RFB-BNW

                   Plaintiff,                 **Stipulation to Extend Joint Pretrial
11                                            Order Deadline**

12            v.                              **(First Request)**

13   Director & Chief Executive Officer of the
     Defense Commissary Agency c/o William
     F. Moore, et al.,
14

15                 Defendants.

16           Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of

17   this Court's Local Rules, pro se Plaintiff and undersigned counsel for the Federal

18   Defendants hereby stipulate and agree as follows:

19           Discovery concluded on August 8, 2024. ECF No. 68.

20           The current deadline to file dispositive motions is October 23, 2024. ECF No. 76.

21           The current deadline to file a proposed joint pretrial order is October 9, 2024. ECF

22   No. 68; *see also* ECF No. 65, p. 4.

23           On October 3, 2024, pro se Plaintiff and counsel for Federal Defendants agreed to

24   an extension of the deadline to file a proposed joint pretrial from October 9, 2024, to

25   **November 22, 2024**, or if dispositive motions are filed, 30 days after a decision on such

26   motions. The extension is necessary because any ruling on dispositive motions may

27   preempt the need to file a joint pretrial motion.

28

1    This is the first request to extend the dispositive motion deadline. This request for an

2 extension is made in good faith and not for the purpose of undue delay.

3    Respectfully submitted on October 3, 2024.

4
     */s/  Clarita Lehman*                           JASON M. FRIERSON
5    CLARITA LEHMAN                                  United States Attorney
     1821 Arrow Stone Ct.
6    North Las Vegas, NV 89031                       */s/ Virginia T. Tomova*
     claritamohlhenrich@yahoo.com                    VIRGINIA T. TOMOVA
7    *Pro Se Plaintiff*                              Assistant United States Attorney
                                                     *Attorneys for the United States*
8

9

10                                                   **IT IS SO ORDERED:**

11   _____

12                                                   **RICHARD F. BOULWARE, II**
                                                     **UNITED STATES DISTRICT JUDGE**
13

14

15                                                   DATED this 4 day of October

16

17

18

19

20

21

22

23

24

25

26

27

28

2