JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Clarita Lehman,<br><br>    Plaintiff,<br><br>    v.<br><br>Director & Chief Executive Officer of the Defense Commissary Agency c/o William F. Moore, et al.,<br><br>    Defendants. | Case No. 2:22-CV-00939-RFB-BNW<br><br>**Stipulation to Extend the Deadline for Dispositive Motions and for Plaintiff to Answer Federal Defendants' Requests for Production**<br><br>**(Fourth Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, pro se Plaintiff and undersigned counsel for the Federal Defendants hereby stipulate and agree as follows:

The current deadline for Plaintiff to answer Federal Defendants' outstanding requests for production is November 15, 2024. ECF No. 80. The current deadline to file dispositive motions is November 29, 2024. *Id*.

On November 8, 2024, pro se Plaintiff and counsel for Federal Defendants agreed to a 31-day extension of the deadline to file dispositive motions, as well as a 31-day extension of the court-ordered deadline for Plaintiff to answer Federal Defendants' requests for production. The dispositive motion deadline extension is necessary because counsel for Federal Defendant has a heavy workload, including preparation for two settlement conferences and an appellate brief, as well as scheduled family medical leave in November and December. Plaintiff in turn would benefit from extra time to collect the documents

requested by Federal Defendants in their requests for production. Accordingly, the undersigned submit this stipulation for an extension of the deadline for dispositive motions from November 29, 2024, to **December 30, 2024**, and for an extension of the deadline for Plaintiff to answer Federal Defendants' requests for production from November 15, 2024, to **December 16, 2024**.

This is the fourth request to extend the dispositive motion deadline, and the first request to extend the court-ordered deadline for Plaintiff to answer Federal Defendants' requests for production. This request for an extension is made in good faith and not for the purpose of undue delay.

Respectfully submitted on November 8, 2024.

*/s/ Clarita Lehman*
CLARITA LEHMAN
1821 Arrow Stone Ct.
North Las Vegas, NV 89031
claritamohlhenrich@yahoo.com
*Pro Se Plaintiff*

JASON M. FRIERSON
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 13 of November 2024.