JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Clarita Lehman,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Director & Chief Executive Officer of the Defense Commissary Agency c/o William F. Moore, et al.,<br><br>　　　　Defendants. | Case No. 2:22-CV-00939-RFB-BNW<br><br>**Stipulation to Extend the Deadline for Dispositive Motions**<br><br>**(Fifth Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), as well as LR IA 6-1, *pro se* plaintiff Clarita Lehman and Federal Defendant hereby stipulate and agree to a two-week extension of the deadline to file dispositive motions. The current deadline to file dispositive motions is December 30, 2024. ECF No. 83. However, on December 16, 2024, plaintiff produced 260 pages of documents in response to the Federal Defendant's requests for production of documents regarding her reasonable accommodation claims, which will be the basis for dispositive motions. On December 23, 2024, plaintiff and Federal Defendant agreed to a two-week extension of the deadline to file dispositive motions, so that Federal Defendant has an opportunity to review plaintiff's 260 pages of documents produced by plaintiff. The review of such documents is necessary to determine if plaintiff has fully responded to the requests for production regarding her reasonable accommodation claims as ordered by the Court. ECF No. 83. With the upcoming holidays and office closures, it will not be possible for the Federal Defendant to review the 260 pages produced by plaintiff, to determine if she

has provided complete responses and to prepare a dispositive motion by the current deadline of December 30, 2024. The review of these documents is necessary prior to the filing of any dispositive motions.

This is the fifth request to extend the dispositive motion deadline. This request for an extension is made in good faith and not for the purpose of undue delay.

Respectfully submitted on December 23, 2024.

| | |
|---|---|
| CLARITA LEHMAN, *Pro Se* | JASON M. FRIERSON<br>United States Attorney |
| */s/ Clarita Lehman*<br>CLARITA LEHMAN<br>1821 Arrow Stone Ct.<br>North Las Vegas, NV 89031<br>claritamohlhenrich@yahoo.com<br>*Pro Se Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED:  January 2, 2025